J. BROOKS NICHOLS and ROSA DUNLAP NICHOLS, Appellants, v. CLARK, MACMULLEN & RILEY, INC., a Domestic Corporation, and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to serve an amended answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPH LICHTENTHAL and JOSEPH LICHTENTHAL, INC., Appellants, v. JACOB COHEN and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HERNANDO PLANTATION COMPANY, Appellant, v. SLOVAK PRESS, INC., and CHRISTOPHER L. ORBACH, Respondents.— Order affirmed, with ten dollars costs and disbursements, upon the ground that on the motion heretofore made a determination was reached holding these defenses sufficient; no appeal was taken from that order and such rule stands as the law of the case. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RENEE LIDDLE, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RALSTON & HALTENHOF, INC., Respondent, v. WILLIAM H. REYNOLDS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [134 Misc. 462.]

MORRIS EDELMAN, Respondent, v. BECKIE SHERMAN, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLOTTE A. HOPPER, Respondent, v. CARL M. STARK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN ASHBY SEELY, Appellant, v. CONSOLIDATED SHIPBUILDING CORPORATION, a Domestic Corporation, Owner, and CHARLES R. SIMPSON, Doing Business, etc., Contractor, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve a second amended complaint within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ESTHER LEHR, Respondent, v. HARRIS SARASON, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

TERESA LENNERT, Respondent, v. CELESTINE ALINE DREW and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.